IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATHANIEL STEWART,

      Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, TENA
PATE,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4274

Opinion filed June 2, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Nathaniel Stewart, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

WOLF, WETHERELL, and BILBREY, JJ., CONCUR.